**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RICHARD SOUTHALL,

                Plaintiff,

                                            20 **CIVIL** 9103 (PKC)

      -against-                                **DEFAULT JUDGMENT**

ASG PARTNERS LLC,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Order dated March 30, 2021, Plaintiff's motion for entry of default judgment is GRANTED (Docket # 15.) Plaintiff is awarded $6,500 in damages, plus $440 in expenses.

Judgment is entered for the Plaintiff, and the case is closed.

 **DATED**: New York, New York
            March 30, 2021

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                      **Clerk of Court**
                                                 **BY:** _____
                                                      **Deputy Clerk**